WILLIAM DALE, Respondent, *v.* THE CITY OF SYRACUSE, Appellant.

Reported below, 71 Hun, 449.
(Argued January 28, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 12, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles E. Ide* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

EDITH MASON FAXON, Respondent, *v.* JOHN MASON et al., Appellants.

Reported below, 76 Hun, 408.
(Argued January 28, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 20, 1894, which modified, and, as modified, affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry A. Forster* and *Franklin Bien* for appellants.

*James Byrne* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.